UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ARTURO TORRES OCHOA,            )
                                )
        Plaintiff,              )
                                )    3:13-cv-00449-RCJ-WGC
    vs.                         )
                                )    **ORDER**
                                )
RENEE BAKER et al.,             )
                                )
        Defendants.             )
                                )

The Court dismissed this prisoner civil rights action and ordered the case closed on September 16, 2013. (Order, ECF No. 3). Specifically, the Court noted that "plaintiff has filed numerous meritless, frivolous and/or delusional actions in this district," (*id.* at 1), denied the application to proceed *in forma pauperis*, (*id.* at 2), and dismissed the action "without prejudice to the filing of a new complaint *on the required form in a new action together with either a new pauper application with all required, and new, attachments or payment of the $350.00 filing fee*," (*id.* (emphasis added)). Pursuant to the Court's order, the Clerk of the Court entered final judgment accordingly. (Judgment, ECF No. 4). Plaintiff has now filed a handwritten, partially illegible "Application Seeking to File Injunction." (ECF No. 5). Plaintiff has not filed a new complaint, used the required forms, docketed a new pauper application, or paid the $350.00 filing fee. Therefore, based on the Court's prior order, the pending "application" is denied.

///

**CONCLUSION**

IT IS HEREBY ORDERED that the pending motion (ECF No. 5) is DENIED.

IT IS SO ORDERED.

Dated:  July 23, 2014

_____
ROBERT C. JONES
United States District Judge